UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYRON GAYLORD BRANDON,

   Petitioner,

   v.

DEPARTMENT OF CORRECTIONS,

   Respondent.

Case No. C05-5417FDB

ORDER TO SHOW CAUSE

This 28 U.S.C. § 2255 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. In reviewing the petition prior to service the court notes that petitioner has filed a previous habeas petition on the same conviction. This other petition is still pending before the undersigned judge. <u>Brandon v. State of Washington</u>, C04-05617KLS.

Accordingly petitioner is now ORDERED to Show Cause why this petition should not be considered a second or successive petition and transferred to the Ninth Circuit. A response to this order is due August 12th, 2005. Failure to file a response or an inadequate response will result in this petition being transferred to the Ninth Circuit as a second or successive petition.

The clerk is directed to send copies of this order to petitioner.

DATED this 19th day of July, 2005.

Karen L. Strombom
United States Magistrate Judge

ORDER- 1