UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYRON GAYLORD BRANDON,

    Petitioner,

v.

KENNETH QUINN,

    Respondent.

Case No. C05-5417FDB

ORDER

    This Court denied a certificate of appealability in this matter on February 22, 2006. Petitioner now moves for a rehearing *en banc*. This motion is out of order, as there is no provision for United States district judges to hear matters *en banc*. Petitioner's "Motion for Rehearing in Banc On Issuance Of A Certificate Of Appealability" [Dkt. # 35] is DENIED. SO ORDERED.

    DATED this 29th day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1